# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0341
_____

SHEILA HALL,

Appellant,

v.

SOLARIS HEALTHCARE LAKE
CITY, LLC and PREMIER GROUP
INSURANCE,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident: December 12, 2023.

April 24, 2026

PER CURIAM.

AFFIRMED.

WINOKUR, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Bradley M. Sopotnick of Morgan and Morgan Jacksonville PLLC,
Jacksonville, for Appellant.

William H. Rogner of HR Law, P.A., Orlando, for Appellees.